IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>JOSHUA COKER,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO.: 3:24CR80<br><br>  JUDGE JEFFREY J. HELMICK |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon the Acting United States Attorney for the Northern District of Ohio hereby dismisses the Indictment against Joshua Coker, Defendant, without prejudice.

*Carol M. Skutnik*
_____
CAROL M. SKUTNIK
Acting United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

  s/ Jeffrey J. Helmick
_____
JEFFREY J. HELMICK
United States District Judge

Date: __6/18/2025__